# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CODY HAMILTON AND DEVIN
LEWIS HAMILTON

NO.  2022 CW 0531

VERSUS

SAFEGUARD CAPITAL FUND,
L.P., SAFEGUARD SAFE
STORAGE, INC., SAFEGUARD
DEVELOPMENT GROUP, LLC,
SAFEGUARD DEVELOPMENT I,
LLC, SAFEGUARD EQUITY GROUP,
LLC, SAFEGUARD STORAGE
PROPERTIES, LLC, AND
SAFEGUARD OPERATIONS, LLC,
ABC INSURANCE COMPANY, AND
XYZ INSURANCE COMPANY

**JULY 19, 2022**

---

In Re:    The State of Louisiana, through the Department of
          Public Safety and Corrections and Office of the State
          Fire Marshal, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 681837.

---

**BEFORE:    HOLDRIDGE, PENZATO, AND LANIER, JJ.**

   **WRIT DENIED.**

                              **AHP**
                              **WIL**

    **Holdridge, J.,** concurs. This action does not preclude the
relator from filing a new motion for summary judgment addressing
relator's liability in this matter

COURT OF APPEAL, FIRST CIRCUIT

*a.Sn*

DEPUTY CLERK OF COURT
  FOR THE COURT